ORIGINAL

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

FILED
SEP 3 2008
U.S. COURT OF
FEDERAL CLAIMS

ENVIRONMENTAL QUALITY
MANAGEMENT, INC.
1800 Carillon Boulevard
Cincinnati, Ohio 45240,

Plaintiff

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 08-614 C

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Environmental Quality Management, Inc. ("EQM"), by and through its undersigned counsel, hereby states that it is a nongovernmental corporate party, however, it does not have a parent corporation, nor does any publicly held corporation own ten (10) percent or more of its stock.

Respectfully submitted,

Brian W. Craver
PERSON & CRAVER LLP
1801 K Street, N.W.
Washington, D.C. 20006
(202) 466-4434 (Tel.)
(202) 466-4416 (Fax)

Counsel for Environmental
Quality Management, Inc.

Dated: September 2, 2008