IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| ENVIRONMENTAL QUALITY MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | No. 08-614C |
| | ) | (Judge Williams) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Timothy P. McIlmail, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 11052
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Timothy P. McIlmail
Timothy P. McIlmail
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL.: (202) 616-0342
FAX: (202) 514-7965
E-mail: Timothy.McIllmail@usdoj.gov

Dated: September 3, 2008

CERTIFICATE OF FILING

I hereby certify that on September 3, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail