# In the United States Court of Federal Claims

**No. 08-614C**
**(Filed September 8, 2008)**
**Bid Protest**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENVIRONMENTAL QUALITY MANAGEMENT, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

In accordance with the telephonic status call held on September 5, 2008, the Court orders the following:

1. Defendant shall file and serve the administrative record by **October 3, 2008**.

2. Plaintiff shall file its motion for leave to supplement the administrative record by **October 14, 2008**.

3. Defendant shall file its response to Plaintiff's motion for leave to supplement the administrative record by **October 28, 2008**.

4. Plaintiff shall file its motion for judgment on the administrative record by **October 31, 2008**.

5. Defendant shall file its cross-motion for judgment on the administrative record and its opposition to Plaintiff's motion for judgment on the administrative record by **November 28, 2008**.

6. Plaintiff shall file its opposition to Defendant's cross-motion and its reply in support of its motion for judgment on the administrative record by **December 19, 2008**.

7. Defendant shall file its reply in support of its cross-motion by **January 9, 2009**.

8. Oral argument concerning the motions will be held at the United States Court of Federal Claims, Howard T. Markey National Courts Building in Washington, DC on **January 22, 2009** at **11:00 AM**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**